**Order filed April 30, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01031-CV
_____

**ARSENIO CANTU, Appellant**

**V.**

**VERONICA PENA, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1017967**

## O R D E R

Appellant's brief was due April 22, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **May 30, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM